IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Revstone Industries, LLC : | |
| Debtor. : | |
| : | Civil Action No. 13-566 GMS |
| : | Bankruptcy Case No. 12-13262 |
| OFFICIAL COMMITTEE OF : | |
| UNSECURED CREDITORS OF : | |
| REVSTONE INDUSTRIES LLC, : | AP No. 13-30 |
| Appellant, : | |
| v. : | |
| GEORGE S. HOFMEISTER, : | |
| Appellee. : | |

ORDER

At Wilmington this _____ day of November, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **December 6, 2013.**

_____
CHIEF, UNITED STATES DISTRICT JUDGE